UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Trustees of the Sheet Metal Local #10 Control Board Trust Fund, | Civil 10-1053 JNE/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Performance Contractors, LLC, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 6, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that judgment is entered in favor of the Plaintiffs and against Defendant Performance Contractors LLC in the amount of $70,483.83.

DATED: 2-23 , 2011.          s/ Joan N. Ericksen
at Minneapolis, Minnesota      JUDGE JOAN N. ERICKSEN
                                United States District Court